IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY and KENNETH JOHANSEN,**
individually and on behalf of a class of
all persons and entities similarly
situated,

    Plaintiffs,

v.                                                                              Civil Action No. 5:20-CV-33
                                                                             Judge Bailey

**ONE UNITED FIDELITY GROUP, LLC,**
**SCOTT GIFFORD,** an individual,
**MICHAEL McALLISTER,** an individual,
**SENIOR LIFE INSURANCE COMPANY,**
a Georgia corporation, and **JOHN DOES,**
Corporate and individuals presently
unknown,

    Defendants.

## STIPULATION FOR DISMISSAL OF PLAINTIFFS' CLAIMS WITHOUT PREJUDICE

        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is stipulated and agreed that Plaintiffs' claims are dismissed without prejudice. It is further stipulated and agreed that each party will bear its own costs, expenses, and attorneys' fees.

Dated:  January 24, 2022

                                                                 Plaintiffs,
                                                                  By Their Counsel,

*/s/ Benjamin J. Hogan*_____
John W. Barrett (WVSB #7289)
Jonathan R. Marshall (WVSB #10580)
Sharon F. Iskra (WVSB #6582)
Benjamin J. Hogan (WVSB #12997)
Bailey & Glasser, LLP
209 Capitol St.
Charleston, WV 25301
304-345-6555
Fax: 304-342-1110

Email: jbarrett@baileyglasser.com
          jmarshall@baileyglasser.com
          siskra@baileyglasser.com
          bhogan@baileyglasser.com


Anthony Paronich (*pro hac vice*)
Broderick & Paronich, P.C.
99 High Street
Suite 304
Boston, MA 02110
(617) 738-7080
Email: anthony@broderick-law.com

    *Counsel for the Plaintiffs*


*/s/ Scott Gifford*
Scott Gifford (*pro se*)
331 Buckingham Dr., Unit 301
London, Ohio 43140
(614)-284-1471
Email: giffiusmc74@gmail.com

    *On Behalf of One United Fidelity Grouip, LLC
    and Himself*

*/s/ Kathleen S. McAllister*
Kathleen S. McAllister
DiBella Weinheimer
429 Fourth Avenue, Suite 200
Pittsburgh, PA 15219
(412) 261-2900
Fax: (412) 261-3222
Email: kmcallister@d-wlaw.com

    *Counsel for Defendant Michael McAllister*


*/s/ Matthew O. Gatewood*
Matthew O. Gatewood (WV Bar No. 10044)
Eversheds Sutherland (US) LLP
700 Sixth Street, NW, Suite 700
Washington, DC 20001
Telephone: (202) 383-0122
Facsimile: (202) 637-3593

Email: mattgatewood@eversheds-sutherland.com

*Counsel for Defendant Senior Life Insurance Company*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling**

**DIANA MEY and KENNETH JOHANSEN,**
individually and on behalf of a class of
all persons and entities similarly
situated,

       Plaintiffs,

v.                                   Civil Action No. 5:20-CV-33
                                     Judge Bailey

**ONE UNITED FIDELITY GROUP, LLC,
SCOTT GIFFORD,** an individual,
**MICHAEL McALLISTER,** an individual,
**SENIOR LIFE INSURANCE COMPANY,**
a Georgia corporation, and **JOHN DOES,**
Corporate and individuals presently
unknown,

       Defendants.

## CERTIFICATE OF SERVICE

      I, Benjamin J. Hogan, hereby certify that on January 24, 2022, a true and correct copy of STIPULATION FOR DISMISSAL OF PLAINTIFFS' CLAIMS WITHOUT PREJUDICE was filed using CM/ECF, the Court's electronic notification system, which provided notice to all counsel of record.

                                                        */s/ Benjamin J. Hogan*_____
                                                        Benjamin J. Hogan (WVSB #12997)