IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

DIANA MEY and KENNETH JOHANSEN,
individually and on behalf of a class of
all persons and entities similarly
situated,

    Plaintiffs,

v.

Civil Action No. 5:20-CV-33
Judge Bailey

ONE UNITED FIDELITY GROUP, LLC,
SCOTT GIFFORD, an individual,
MICHAEL McALLISTER, an individual,
SENIOR LIFE INSURANCE COMPANY,
a Georgia corporation, and JOHN DOES,
Corporate and individuals presently
unknown,

    Defendants.

## ORDER FOR STIPULATED DISMISSAL WITHOUT PREJUDICE

AND NOW, this 24th day of January, 2022, upon consideration of the parties' stipulation, it is hereby ORDERED that all Plaintiffs' claims brought in this case are DISMISSED WITHOUT PREJUDUCE. It is further ORDERED that each party shall bear its own costs and attorney's fees.

It is so ORDERED.

JOHN PRESTON BAILEY
United States District Judge